[Dntcdfnc] [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                    Case No. 6:16−bk−00851−KSJ
                                                                          Chapter 11
Siegfried K. Holz

_____Debtor*_____/

NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

On February 10, 2016 the above named Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

   A fully completed Summary of Your Assets and Liabilities, Schedules A through J or Statement of Financial Affairs were either not filed, filed incomplete or filed using outdated forms as follows:Summary of Your Assets and Liabilities, Schedules A through J or Statement of Financial Affairs. Pursuant to Fed. R. Bankr. P. 1007(b) and (c), the Debtor is directed to file the missing items with proper declaration of the Debtor no later than 14 days from the date the petition was filed. For deficient schedules and/or statements filed post−petition, the debtor is directed to file the amended items, correcting the noted deficiency, with proper declaration of the debtor, no later than 14 days from date of this notice.

   A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

   If additional creditors not initially provided with the Petition are added on the Schedules, the Debtor is directed to include $30.00 amendment fee and provide Proof of Service of the Notice of Chapter 11 Bankruptcy Case to each additional creditor.

   The attorney for Debtor did not file an Attorney's Disclosure of Compensation required by 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b). The attorney for the debtor is directed to file an Attorney's Disclosure of Compensation (Form B2030) within 14 days from the date the petition was filed. Failure of attorney for the debtor to cure this deficiency may result in sanctions or the issuance of a show cause order.

   The Chapter 11 Statement of Your Current Monthly Income pursuant to Fed. R. Bankr. P. 1007 (b)(4)(5)(6) and 11 U.S.C. § 521(a)(1)(B)(v) was not filed. The Debtor is directed to file a signed Chapter 11 Statement of Your Current Monthly Income (Official Form B122B) within 14 days from the date the petition was filed. A link to updated forms is available on the Court's website at http://www.flmb.uscourts.gov/forms/.

   The Debtor failed to file the Chapter 11 list of Twenty Largest Unsecured Creditors pursuant to Fed. R. Bankr. P. 1007(d) (Official Form B104 for Individuals and B204 for Non−Individuals). The Debtor is directed to file the list within 7 days from the date the petition was filed.

   The Case Management Summary has not been filed. Pursuant to Local Rule 2081−1(b), the chapter 11 Debtor is directed to file the Case Management Summary within the earlier of 3 business days following the petition date or the date the debtor−in−possession filed a motion requesting affirmative relief.

The Debtor shall pay unpaid filing fees in the amount of N/A within 7 days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.

Dated: February 12, 2016

FOR THE COURT
Lee Ann Bennett , Clerk of Court

George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.